# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK H. KRUSE, as Personal Representative of the Estate of Bertha M. LaGrone, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 17-0540-CG-C |
| EIGHT MILE NURSING AND REHABILIATION CENTER, LLC, etc., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This cause is before the Court on the Motion for Court to Adopt Arbitrator's Order of Dismissal and to Enter Judgment Pursuant to Order of Dismissal filed by Southerncare, Inc., d/b/a Southern Care-Daphne (Doc. 29).

Upon due consideration and pursuant to 9 U.S.C. § 9, the motion is **GRANTED** in part in that the Court hereby **ADOPTS** the Arbitrator's Order of Dismissal. Accordingly, Plaintiff's claims against SouthernCare, Inc., d/b/a Southern Care-Daphne[1], are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 13th day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] SouthernCare, Inc., d/b/a SouthernCare-Daphne represents in its Answer filed on December 14, 2017 (Doc. 8) that it was incorrectly designated in Plaintiff's Complaint as Southern Care Hospice, Inc.