IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANK H. KRUSE, as Personal Representative of the Estate of Bertha M. LaGrone, deceased,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 17-0540-CG-C |
| **EIGHT MILE NURSING AND REHABILITATION CENTER, LLC d/b/a NORTH MOBILE NURSING AND REHABILITATION CENTER; SOUTHERN CARE HOSPICE, INC. d/b/a SOUTHERN CARE GREENVILLE;** *et al.*, | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. 50) and the notice of endorsement (Doc. 51). Plaintiff, Frank H. Kruse, as Personal Representative of the Estate of Bertha M. LaGrone, deceased, and the Defendant, Eight Mile Nursing and Rehabilitation Center, LLC d/b/a North Mobile Nursing and Rehabilitation Center ("Eight Mile"), request that the Court dismiss, with prejudice, all of the claims asserted by the Plaintiff against the only remaining Defendant, Eight Mile. (Doc. 50). The parties report that there is no longer a controversy to be litigated or arbitrated.

Upon consideration, it is hereby: **ORDERED, ADJUDGED and DECREED** that all of the claims asserted by the Frank H. Kruse, as Personal Representative of the Estate of Bertha M. LaGrone, deceased, against the Defendant, Eight Mile

1

Nursing and Rehabilitation Center, LLC d/b/a North Mobile Nursing and Rehabilitation Center, be and hereby are **DISMISSED with prejudice**, Court costs are taxed as paid and arbitration costs taxed as indicated in the arbitration award.

**DONE** and **ORDERED** this 16th day of July, 2019.

 /s/ Callie V. S. Granade  
SENIOR UNITED STATES DISTRICT JUDGE